DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for the United States of America
By: LUCAS ISSACHAROFF
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2737
Email: Lucas.Issacharoff@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 Inc., <br><br> Plaintiff, <br><br> v. <br><br> FIRST QUALITY MAINTENANCE II LLC *et al.*, <br><br> Defendants. | 20 Civ. 9024 (PGG) <br><br> **FILED UNDER SEAL** |

### NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America (the "Government"), by its undersigned attorney, hereby respectfully notifies the Court of its decision not to intervene in this action.

Although the Government declines to intervene in this action, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain its action in the name of the Government; providing, however, that the complaint "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting," *id.* Therefore, the Government respectfully requests that, prior to granting a request by the relator or any defendant to dismiss, settle, or otherwise discontinue this

action, the Court shall require that such litigant(s) solicit the written consent of the Government before applying for Court approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings and briefs filed in this action be served upon the Government. The Government further requests that the Court direct the relator's counsel to serve on the Government any orders issued by the Court. The Government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action under 31 U.S.C. § 3730(e)(4).

The Government also requests that the United States be served with any notices of appeal.

Dated:  February 16, 2022
        New York, New York

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for the United States of America*

By:    /s/ Lucas Issacharoff
        LUCAS ISSACHAROFF
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2737
        Email:  Lucas.Issacharoff@usdoj.gov