United States District Court
Southern District of New York
_____

United States of America ex rel.
GNGH2 Inc.,

        Plaintiff-Relator,

        - against -          Index No.: 20cv9024

FIRST QUALITY
MAINTENANCE II LLC;    et al

            **Notice of Voluntary Dismissal**

        Defendants.
_____

        PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator GNGH2, Inc. hereby dismisses its complaint WITHOUT PREJUDICE as to Relator and the United States of America. As required for voluntary dismissal under Rule 41(a)(1)(A)(i), Defendants have neither filed an answer, nor moved for summary judgment.

        Respectfully submitted,

        */s/ David Abrams*

        _____

        David Abrams, Attorney at Law
         Attorney for Relator
        GNGH2 Inc.
        PO Box 3353 Church Street Station
        New York, NY 10008
        Tel. 212-897-5821
        Fax  212-897-5811

Dated: New York, NY
      May 19, 2022